**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **2 Fish Company, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-1585068** | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **675 E. 16th Street, #230** **Holland, MI 49423** | **430 E. 8th St.** **PMB 196** **Holland, MI 49423** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Ottawa** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   **www.2fishco.com**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **2 Fish Company, LLC**                                    Case number (if known) _____
          Name

| | |
|---|---|
| **7.** | **Describe debtor's business** |

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5418__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor   **2 Fish Company, LLC**
Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **2 Fish Company, LLC**                                                    Case number (*if known*)
_____                          _____
Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million         ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Debtor   **2 Fish Company, LLC**
         _____          Case number (*if known*) _____
         Name

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 19, 2024**
              _____
              MM / DD / YYYY

**X** **/s/ Scott Millen**
_____          **Scott Millen**
Signature of authorized representative of debtor          _____
                                                          Printed name

Title   **Member**
        _____

---

**18. Signature of attorney**

**X** **/s/ James R. Oppenhuizen**
_____          Date   **June 19, 2024**
Signature of attorney for debtor                         _____
                                                          MM / DD / YYYY

**James R. Oppenhuizen**
_____
Printed name

**Oppenhuizen Law Firm, PLC**
_____
Firm name

**125 Ottawa Ave. NW, Suite 237**
**Grand Rapids, MI 49503**
_____
Number, Street, City, State & ZIP Code

Contact phone   **616-730-1861**          Email address   **joppenhuizen@oppenhuizenlaw.com**

**P68715 MI**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name __**2 Fish Company, LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF MICHIGAN__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**June 19, 2024**__       X *__/s/ Scott Millen__*
                                        Signature of individual signing on behalf of debtor

                                        __**Scott Millen**__
                                        Printed name

                                        __**Member**__
                                        Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **2 Fish Company, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MICHIGAN** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 981537 El Paso, TX 79998-1537 | 800-492-3344 | **Credit Card Purchases** | | | | $44,166.34 |
| American Express PO Box 981537 El Paso, TX 79998-1537 | 800-492-3344 | **Credit Card Purchases** | | | | $7,524.12 |
| ASTA-USA Translation Svc. Attn Karen Harmon, AP/AR Admin PO Box 22259 Cheyenne, WY 82003-2148 | Karen Harmon, AP/AR Admin Karen@asta-usa.com 8664461860 Ext. 705 | | | | | $3,067.87 |
| Bay First National Bank 700 Central Avenue Saint Petersburg, FL 33701 | Jackie Levy jackie@firsthomeb ank.com 8336982265 | SBA 7(A) Loan - Note, UCC-1 Termination filed January 12, 2024. | | | | $234,170.05 |
| Brkthru Digital 600 Third Avenue 2nd Floor New York, NY 10016 | Chad Burkett chad@brkthrudigit al.com 845-527-5756 | | | | | $33,374.04 |
| Capital One Spark Card PO Box 30285 Salt Lake City, UT 84130-0285 | | **Credit Card Purchases** | | | | $6,019.01 |
| City of Grand Rapids Treasurer 300 Monroe Ave. NW Grand Rapids, MI 49503 | 6164563020 | **Withholding Tax** | | | | $1,770.43 |

Debtor  **2 Fish Company, LLC**                                    Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Consumers Credit Union PO Box 525 Oshtemo, MI 49077-0525** | **Julie Baltmanis** **julie@consumerscu.org 616-393-0555 Ext 1370** | **First Priority Security Interest in Deposit Accounts at Consumers Credit Union; Third Priority All Assets** | | **$11,887.03** | **$51,819.36** | **$11,887.03** |
| **Exceed Consulting, LLC PO Box 530 Byron Center, MI 49315** | **Megan Mayer** **mayers@exceed-corp.com** | | | | | **$1,700.00** |
| **Geenen & Kolean, PC 246 S. River Avenue, Ste. 201 Holland, MI 49423** | **Emily Colenbrander** **ecolenbrander@cpamichigan.com 6163930398** | **Accounting Services** | | | | **$5,845.00** |
| **Idea 247, Inc. dba Idea Financial c/o Justin Leto 200 SE 1st St., Suite 703 Miami, FL 33131** | **Justin Leto** **`** | **Fourth Priority All Assets** | | **$75,875.85** | **$51,819.36** | **$75,875.85** |
| **Internal Revenue Service Centralized Insolvency Ops PO Box 7346 Philadelphia, PA 19101-7346** | | **Payroll Tax Liabilities (Form 941)** | | | | **$22,823.86** |
| **Internal Revenue Service Centralized Insolvency Ops PO Box 7346 Philadelphia, PA 19101-7346** | | **Payroll Tax Liabilities (Form 941) 2024 ONLY** | | | | **$9,687.86** |
| **ISK Pro 401 Park Ave. S. 10th Floor New York, NY 10016** | | | | | | **$1,250.00** |
| **Michigan Dept. of Treasury Tax Collection and Enforcement Bankruptcy Sectioni Treasury Building Lansing, MI 48922-0001** | | **Withholding Tax** | | | | **$1,218.29** |

Debtor    **2 Fish Company, LLC**                                    Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Paragraph Writing Services 2318 Radcliff Village Dr. SE Grand Rapids, MI 49546** | **Pam Patton pam@paragraphwriting.com** | | | | | **$5,110.00** |
| **Rebecca Westhof 6140 Lamb Creek Dr. Fort Worth, TX 76179** | **Rebecca Westof westofsolutions@gmail.com** | **Bookkeeping Services** | | | | **$15,809.46** |
| **River Run Press 600 Shoppers Lane Parchment, MI 49004** | **billing@riverrun.com** | | | | | **$2,493.73** |
| **Small Business Admin. 409 3rd. St. SW Washington, DC 20416** | | **Second Priority security interest in All tangible and intagible personal property. EIDL** | | **$326,722.06** | **$51,819.36** | **$292,514.32** |
| **Wheeler Upham 250 Monroe Ave. NW, Sutie 100 Grand Rapids, MI 49503** | **Michael TerBeek terbeek@wuattorneys.com 6164597100** | **Legal Services** | | | | **$4,246.59** |

**Fill in this information to identify the case:**

Debtor name    **2 Fish Company, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................    $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................    $ ____57,460.57

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................    $ ____57,460.57

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ ____432,096.56

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $ ____37,029.27

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$ ____365,726.21

4.    Total liabilities ...............................................................................................................
    Lines 2 + 3a + 3b

    $ ____834,852.04

**Fill in this information to identify the case:**

Debtor name    **2 Fish Company, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:          Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**          **Current value of debtor's interest**

2.    **Cash on hand**          **$100.00**

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Consumers Credit Union - Debtor has no access to account, believes that there is no money in the account.** | **Business Savings** | **6033** | **$0.00** |
| 3.2. | **Consumers Credit Union - Debtor has no access to account and believes there is no money in the account.** | **Money Market** | **6119** | **$0.00** |
| 3.3. | **Consumers Credit Union - Debtor has no access to account and believes there is no money in the account.** | **Business Checking** | **9799** | **$0.00** |
| 3.4. | **Flagstar Bank** | **Business Checking** | **5992** | **$141.86** |
| 3.5. | **Chase** | **Savings** | **2773** | **$200.00** |
| 3.6. | **Chase** | **Business Checking** | **6199** | **$1,765.21** |

Debtor    __**2 Fish Company, LLC**_____    Case number *(If known)* _____
          Name

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.**    | $2,207.07 |
          Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.**    **Deposits, including security deposits and utility deposits**
          Description, including name of holder of deposit

**Security deposit held by landlord in relation to lease of 675 E. 16th St. #230, Holland, MI 49423.  Security Deposit held totals $1,105.00.  Value discounted 50% to account for Debtor having no right to receive funds until two years and seven months from now, at**
7.1.    **which point, the right to receive the funds is contingent.**    | $552.50 |

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
          Description, including name of holder of prepayment

**9.**    **Total of Part 2.**    | $552.50 |
          Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**    **Accounts receivable**

11a. 90 days old or less:    50,000.00    -    5,000.00    = ....    $45,000.00
                             face amount           doubtful or uncollectible accounts

11b. Over 90 days old:    1,000.00    -    0.00    = ....    $1,000.00
                          face amount        doubtful or uncollectible accounts

**12.**    **Total of Part 3.**    | $46,000.00 |
           Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

Debtor    **2 Fish Company, LLC**                                    Case number *(If known)* _____
Name

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Office Furniture multiple L shaped desks / workstations, task chairs, file storage and related items, as well as tables and conference table seating. | **$0.00** | | **$2,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Computers: 8 MacBook Pros and 2 MacBooks acquired in 2016 or 2017. Three require significant repairs. The rest are functional. 4 iPads (1 mini, 1 pro, 2 regular) One is a sixth generation, the rest are fifth. One Mac Mini. One Sony Touch Projector, 2 Touch Screen Interfaces, 2 Dell PCs. All equipment is old. Value estimated based on reasonable belief as to how much these could be sold for. Location of each will be provided upon request. | **$0.00** | | **$3,000.00** |
| | **A/V Equipment including Vameras with various attachments, Speakers, Microphones, Samsung 43 Inch 4K UHD Television, Stands for various equipment and lighting, cords and cables for same. Location for each item and detailed list will be provided upon request. Value estimated based upon general knowledge of equipment such as this.** | **$0.00** | | **$1,500.00** |
| | **Various routers, printers, multifunction print machines, specialty scanner, telephones and Apple TV machines (standard and 4K). Full list to be provided upon request along with location of each item thereon. Estimated value based upon personal knowledge.** | **$0.00** | | **$1,000.00** |
| | **Various office equipment not otherwise listed.** | **$0.00** | | **$500.00** |

---

Debtor    **2 Fish Company, LLC**                                    Case number *(If known)* _____
          Name

| | | |
|---|---|---|
| **Ikea Desks, bookshelves, dividers work table, various task chairs; Ikea drawer units and file cabinets, reception seating and tables.  Value estimated.  Locations and specific locations to be provided upon request.** | **$0.00** | **$500.00** |
| **Small Claims Judgment against Gabe Valentine.  Likely uncollectable.  Face value $403.75.  Value discounted to account for time value of money owed and lack of collectability.** | **$0.00** | **$100.00** |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**

|  | **$8,600.00** |
|---|---|

Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** **www.2fishco.com - Business Website.** | **Unknown** | **N/A** | **$0.00** |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |

Debtor    **2 Fish Company, LLC**                                    Case number *(If known)* _____
               Name

> **Client List - The list has no significant value on its own, as to the extent clients are loyal, they are loyal to the individual who provides the services rather than the company.  Would be assigned value if included in the sale of the company as a going concern for accounting purposes.**                    $0.00                         $100.00

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**
       **Goodwill and brand value accumulated over 12 years of operations.**                    $0.00                         $1.00

66.    **Total of Part 10.**                                                          | $101.00 |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **2 Fish Company, LLC**                                   Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,207.07 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $552.50 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $46,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,600.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $101.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $57,460.57 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $57,460.57 |

**Fill in this information to identify the case:**

Debtor name __**2 Fish Company, LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF MICHIGAN__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|

**2.1  Consumers Credit Union**
Creditor's Name

**PO Box 525**
**Oshtemo, MI 49077-0525**
Creditor's mailing address

**julie@consumerscu.org**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**First Priority Security Interest in Deposit Accounts at Consumers Credit Union; Third Priority All Assets**

Describe the lien
**All Assets Security Interest**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$11,887.03**   Column B: **$51,819.36**

---

**2.2  FC Marketplace, LLC**
Creditor's Name

**dba Funding Circle**
**747 Front St. 4th Floor**
**San Francisco, CA 94111**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**First Priority All Assets Security Interest (Except in Deposit Accounts at Consumers Credit Union**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$17,611.62**   Column B: **$51,819.36**

---

Debtor    **2 Fish Company, LLC**                                  Case number (if known) _____
_____
Name

■ No
☐ Contingent
☐ Yes. Specify each creditor,        ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.3 | **Idea 247, Inc.** | | Describe debtor's property that is subject to a lien | $75,875.85 | $51,819.36 |

Creditor's Name

**dba Idea Financial**
**c/o Justin Leto**
**200 SE 1st St., Suite 703**
**Miami, FL 33131**
Creditor's mailing address

**Fourth Priority All Assets**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

`
_____
Creditor's email address, if known

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Small Business Admin.** | | Describe debtor's property that is subject to a lien | $326,722.06 | $51,819.36 |

Creditor's Name

**409 3rd. St. SW**
**Washington, DC 20416**
Creditor's mailing address

**Second Priority security interest in All
tangible and intagible personal property.
EIDL**
_____

**Describe the lien**
**Non-Purchase Money Security**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Date debt was incurred**
**July 19, 2021**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7804**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Swift Funding / Loan Builder** | | Describe debtor's property that is subject to a lien | $0.00 | $51,819.36 |

Creditor's Name

**2474 McDonald Ave**
**Brooklyn, NY 11223**
Creditor's mailing address

**Notice Only.  Loan has been paid off, UCC-1
Has not been Terminated.  Second priority -
Accounts, AR, chattel paper, personal
property, equipment, inventory, etc.**
_____

**Describe the lien**

---

Debtor    **2 Fish Company, LLC**                                              Case number (if known) _____
Name

**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
_____
Creditor's email address, if known                    □ Yes

**Date debt was incurred**                            **Is anyone else liable on this claim?**

■ No
**Last 4 digits of account number**                   □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**                     **As of the petition filing date, the claim is:**
**interest in the same property?**                    Check all that apply

■ No                                                  □ Contingent
□ Yes. Specify each creditor,                         □ Unliquidated
including this creditor and its relative              □ Disputed
priority.
_____

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $432,096.56

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **58th District Court**<br>**Case No. 24-8869-GC**<br>**57 W. 8th St.**<br>**Holland, MI 49423** | Line **2.1** | |
| **Barbara Muller-Wilson**<br>**979 Spaulding Ave. SE, Suite B**<br>**Grand Rapids, MI 49546** | Line **2.3** | |
| **Lennon Miller, PLC**<br>**151 S. Rose Street**<br>**Suite 900**<br>**Kalamazoo, MI 49007** | Line **2.1** | |
| **Levitan Law Firm, Ltd.**<br>**One Pierce Place**<br>**Suite 725W**<br>**Itasca, IL 60143** | Line **2.2** | |
| **Merrick B. Garland**<br>**Attorney General**<br>**950 Pennsylvania Avenue**<br>**Washington, DC 20530** | Line **2.4** | 7804 |
| **Muller Baatenburg & Wilson**<br>**Law Group, PC**<br>**33233 Woodward Ave, Box 3026**<br>**Birmingham, MI 48012-3026** | Line **2.3** | 4031 |
| **Ottawa County Circuit Court**<br>**Case No. 24-7724-CB**<br>**414 Washington Ave. #320**<br>**Grand Haven, MI 49417** | Line **2.3** | |

Debtor    **2 Fish Company, LLC**                                          Case number (if known) _____
          Name

| | | |
|---|---|---|
| **Small Business Admin.**<br>**Regional Office**<br>**411 Michigan Ave., Ste 1819**<br>**Detroit, MI 48226** | Line **2.4** | |
| **United States Attorney**<br>**Western Dist. of MI**<br>**330 Ionia Ave. NW**<br>**Suite 501**<br>**Grand Rapids, MI 49503** | Line **2.4** | **7804** |

**Fill in this information to identify the case:**

Debtor name **2 Fish Company, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF MICHIGAN**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,770.43 | $1,770.43 |
|---|---|---|---|

**City of Grand Rapids Treasurer**
**300 Monroe Ave. NW**
**Grand Rapids, MI 49503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2023**

Basis for the claim:
**Withholding Tax**

Last 4 digits of account number **5068**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $387.07 | $387.07 |
|---|---|---|---|

**City of Grand Rapids Treasurer**
**300 Monroe Ave. NW**
**Grand Rapids, MI 49503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2022**

Basis for the claim:
**Tax Withholding**

Last 4 digits of account number **5068**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

Debtor     **2 Fish Company, LLC**                                              Case number (if known) _____
            Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,823.86 | $22,823.86 |

**Internal Revenue Service**
**Centralized Insolvency Ops**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Q1, Q2, Q3, Q4 2023**

Basis for the claim:
**Payroll Tax Liabilities (Form 941) 2023 Only**

Last 4 digits of account number **5068**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,687.86 | $9,687.86 |

**Internal Revenue Service**
**Centralized Insolvency Ops**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Q1 and Q2 2024**

Basis for the claim:
**Payroll Tax Liabilities (Form 941) 2024 ONLY**

Last 4 digits of account number **5068**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,141.76 | $1,141.76 |

**Michigan Dept. of Treasury**
**Tax Collection and Enforcement**
**Bankruptcy Sectioni**
**Treasury Building**
**Lansing, MI 48922-0001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2023**

Basis for the claim:
**Withholdings Tax**

Last 4 digits of account number **5068**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,218.29 | $1,218.29 |

**Michigan Dept. of Treasury**
**Tax Collection and Enforcement**
**Bankruptcy Sectioni**
**Treasury Building**
**Lansing, MI 48922-0001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Withholding Tax**

Last 4 digits of account number **5068**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

Debtor    **2 Fish Company, LLC**                                   Case number (if known) _____
          Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,524.12** |
|---|---|---|---|

**American Express**
**PO Box 981537**
**El Paso, TX 79998-1537**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

**Last 4 digits of account number  1006**

**Basis for the claim:  Credit Card Purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44,166.34** |
|---|---|---|---|

**American Express**
**PO Box 981537**
**El Paso, TX 79998-1537**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

**Last 4 digits of account number  1005**

**Basis for the claim:  Credit Card Purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,067.87** |
|---|---|---|---|

**ASTA-USA Translation Svc.**
**Attn Karen Harmon, AP/AR Admin**
**PO Box 22259**
**Cheyenne, WY 82003-2148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

**Basis for the claim:  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$234,170.05** |
|---|---|---|---|

**Bay First National Bank**
**700 Central Avenue**
**Saint Petersburg, FL 33701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  December 19, 2018**

**Last 4 digits of account number  7010**

**Basis for the claim:  SBA 7(A) Loan - Note, UCC-1 Termination filed**
**January 12, 2024.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,374.04** |
|---|---|---|---|

**Brkthru Digital**
**600 Third Avenue**
**2nd Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

**Basis for the claim:  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,019.01** |
|---|---|---|---|

**Capital One**
**Spark Card**
**PO Box 30285**
**Salt Lake City, UT 84130-0285**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

**Last 4 digits of account number  4670**

**Basis for the claim:  Credit Card Purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,700.00** |
|---|---|---|---|

**Exceed Consulting, LLC**
**PO Box 530**
**Byron Center, MI 49315**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

**Basis for the claim:  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **2 Fish Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,845.00**

**Geenen & Kolean, PC**
**246 S. River Avenue, Ste. 201**
**Holland, MI 49423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Accounting Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,250.00**

**ISK Pro**
**401 Park Ave. S.**
**10th Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,110.00**

**Paragraph Writing Services**
**2318 Radcliff Village Dr. SE**
**Grand Rapids, MI 49546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,809.46**

**Rebecca Westhof**
**6140 Lamb Creek Dr.**
**Fort Worth, TX 76179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Bookkeeping Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,493.73**

**River Run Press**
**600 Shoppers Lane**
**Parchment, MI 49004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$950.00**

**Stratus Business Solutions**
**120 54th St. SW**
**Grand Rapids, MI 49548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Not paying settlement in time__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,246.59**

**Wheeler Upham**
**250 Monroe Ave. NW, Sutie 100**
**Grand Rapids, MI 49503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Legal Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    **2 Fish Company, LLC**                                        Case number (if known) _____
          Name

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express**<br>**Business Amazon Card**<br>**Attn: Bankruptcy**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** | Line **3.1**<br><br>☐ Not listed. Explain _____ | **1006** |
| 4.2 | **American Express**<br>**Business Gold Card**<br>**Attn: Bankruptcy**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** | Line **3.2**<br><br>☐ Not listed. Explain _____ | _ |
| 4.3 | **D&A Services**<br>**1400 E. Touhy Avenue**<br>**Suite G2**<br>**Des Plaines, IL 60018** | Line **3.1**<br><br>☐ Not listed. Explain _____ | **9593** |
| 4.4 | **First Home Bank**<br>**9190 Seminole Blvd.**<br>**Seminole, FL 33772** | Line **3.4**<br><br>☐ Not listed. Explain _____ | _ |
| 4.5 | **Merrick Garland**<br>**Attorney General of the US**<br>**950 Pennsylvania Ave. NW**<br>**Washington, DC 20530** | Line **3.4**<br><br>☐ Not listed. Explain _____ | **7010** |
| 4.6 | **Michigan Attorney General**<br>**G. Mennen Williams Bldg 7th Fl**<br>**525 W. Ottawa St.**<br>**PO Box 30212**<br>**Lansing, MI 48909** | Line **2.5**<br><br>☐ Not listed. Explain _____ | _ |
| 4.7 | **Small Business Admin.**<br>**409 3rd. St. SW**<br>**Washington, DC 20416** | Line **3.4**<br><br>☐ Not listed. Explain _____ | **7010** |
| 4.8 | **Small Business Admin.**<br>**Regional Office**<br>**411 Michigan Ave., Ste 1819**<br>**Detroit, MI 48226** | Line **3.4**<br><br>☐ Not listed. Explain _____ | **7010** |
| 4.9 | **Small Business Administration**<br>**Grand Rapids Alt. Worksite**<br>**Ford Federal Bldg, Rm 307**<br>**110 Michigan St. NW**<br>**Grand Rapids, MI 49503** | Line **3.4**<br><br>☐ Not listed. Explain _____ | **7010** |
| 4.10 | **State of Michigan**<br>**Office of Collections**<br>**PO Box 30149**<br>**Lansing, MI 48909** | Line **2.5**<br><br>☐ Not listed. Explain _____ | _ |
| 4.11 | **Stillman Law Office**<br>**30057 Orchard Lake Rd.**<br>**Suite 200**<br>**Farmington, MI 48334** | Line **3.2**<br><br>☐ Not listed. Explain _____ | **8649** |

Debtor  **2 Fish Company, LLC**
Name

Case number (if known) _____

| | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| Name and mailing address | | |

4.12  **United States Attorney**
**Western Dist. of MI**
**330 Ionia Ave. NW**
**Suite 501**
**Grand Rapids, MI 49503**

Line  **3.4**

☐  Not listed. Explain ____

**7010**

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  37,029.27 |
| **5b. Total claims from Part 2** | 5b.  + | $  365,726.21 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  402,755.48 |

**Fill in this information to identify the case:**

Debtor name    **2 Fish Company, LLC**

United States Bankruptcy Court for the:    **WESTERN DISTRICT OF MICHIGAN**

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Lease of three Apple Mac Book Pro M1 computers. 36 month term commenced May 2022 and terminating May 2025.** <br><br> State the term remaining    **11 months** <br><br> List the contract number of any government contract | **CIT** <br> **First Citizens Bank & Trust** <br> **155 Commerce Way** <br> **Portsmouth, NH 03801** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Lease of office space located at #230, Adams Point Building, 675 E. 16th Street Holland, MI 49423. Total lease term 3 years, commencing December 1, 2023 and terminating November 30, 2026. Monthly base rent $690.00 with scheduled increases annually. Lease is a gross lease. Security deposit of $690.00 was required and is held by landlord. See also Schedule AB.** <br><br> State the term remaining    **2 Years 7 Months** <br><br> List the contract number of any government contract | **Hungerford, Aldrin, Nichols & Carter, P.C.** <br> **2910 Lucern Drive SE** <br> **Grand Rapids, MI 49546** |

Debtor 1  **2 Fish Company, LLC**
First Name          Middle Name          Last Name                    Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Contract for outsourced bookkeeping - Estimated 7 Hours per week at $30.00 per hour. Ms. Westhof has special experience with Debtor's practice management, billing and accounting software that is specialized for advertising and marketing companies.** | |
| State the term remaining | **Rebecca Westhof** |
| List the contract number of any government contract | **Westhoff Solutions, LLC 6140 Lamb Creek Dr. Fort Worth, TX 76179** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Month to Month Copier Lease. $510.02 Per month Base Rent, plus Freight Fee and cost for printing above specified number of pages (black & white / color).** | |
| State the term remaining | **Wells Fargo Financial Leasing, Inc.** |
| List the contract number of any government contract | **Attn: Cusomer Care PO Box 3072 Cedar Rapids, IA 52406-3072** |

**Fill in this information to identify the case:**

Debtor name __**2 Fish Company, LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF MICHIGAN__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Michelle Millen** | **846 Harvard**<br>**Holland, MI 49423** | **Consumers Credit Union** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Michelle Millen** | **846 Harvard**<br>**Holland, MI 49423**<br>**Co Debtor Liable for only portion withheld from employee payroll.** | **Internal Revenue Service** | ☐ D _____<br>■ E/F __2.3__<br>☐ G _____ |
| 2.3 | **Michelle Millen** | **846 Harvard Ave.**<br>**Holland, MI 49423** | **Idea 247, Inc.** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Michelle Millen** | **846 Harvard Dr.**<br>**Holland, MI 49423** | **Bay First National Bank** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.5 | **Michelle Millen** | **846 Harvard Dr.**<br>**Holland, MI 49423** | **Small Business Admin.** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

Debtor    **2 Fish Company, LLC**                  Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Michelle Millen | 846 Harvard Dr.<br>Holland, MI 49423 | Michigan Dept. of Treasury | ☐ D _____<br>■ E/F __2.5__<br>☐ G _____ |
| 2.7 | Michelle Millen | 846 Harvard<br>Holland, MI 49423<br>**Ms. Millen is only liable for the trust fund portion of this liability.** | Internal Revenue Service | ☐ D _____<br>■ E/F __2.4__<br>☐ G _____ |
| 2.8 | Michelle Millen | 846 Harvard<br>Holland, MI 49423 | City of Grand Rapids | ☐ D _____<br>■ E/F __2.1__<br>☐ G _____ |
| 2.9 | Michelle Millen | 846 Harvard<br>Holland, MI 49423 | City of Grand Rapids | ☐ D _____<br>■ E/F __2.2__<br>☐ G _____ |
| 2.10 | Michelle Millen | 846 Harvard<br>Holland, MI 49423 | Michigan Dept. of Treasury | ☐ D _____<br>■ E/F __2.6__<br>☐ G _____ |
| 2.11 | Scott Millen | 846 Harvard<br>Holland, MI 49423 | Consumers Credit Union | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Scott Millen | 846 Harvard<br>Holland, MI 49423<br>**Co Debtor Liable for only portion withheld from employee payroll.** | Internal Revenue Service | ☐ D _____<br>■ E/F __2.3__<br>☐ G _____ |

Debtor    **2 Fish Company, LLC**                                      Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.13 **Scott Millen** | 846 Harvard Ave. <br> Holland, MI 49423 | Idea 247, Inc. | ■ D   __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.14 **Scott Millen** | 846 Harvard Dr. <br> Holland, MI 49423 | Bay First National Bank | ☐ D _____ <br> ■ E/F   __3.4__ <br> ☐ G _____ |
| 2.15 **Scott Millen** | 846 Harvard Dr. <br> Holland, MI 49423 | Small Business Admin. | ■ D   __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.16 **Scott Millen** | 846 Harvard Dr. <br> Holland, MI 49423 | American Express | ☐ D _____ <br> ■ E/F   __3.1__ <br> ☐ G _____ |
| 2.17 **Scott Millen** | 846 Harvard Dr. <br> Holland, MI 49423 | Michigan Dept. of Treasury | ☐ D _____ <br> ■ E/F   __2.5__ <br> ☐ G _____ |
| 2.18 **Scott Millen** | 846 Harvard Dr. <br> Holland, MI 49423 | FC Marketplace, LLC | ■ D   __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.19 **Scott Millen** | 846 Harvard <br> Holland, MI 49423 <br> **Mr. Millen is only liable for the trust fund portion of this liability.** | Internal Revenue Service | ☐ D _____ <br> ■ E/F   __2.4__ <br> ☐ G _____ |
| 2.20 **Scott Millen** | 846 Harvard <br> Holland, MI 49423 | City of Grand Rapids | ☐ D _____ <br> ■ E/F   __2.1__ <br> ☐ G _____ |

Debtor    **2 Fish Company, LLC**                                    Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

2.21  **Scott Millen**       **846 Harvard**
                            **Holland, MI 49423**            **City of Grand Rapids**     ☐ D _____
                                                                                        ■ E/F __**2.2**__
                                                                                        ☐ G _____

2.22  **Scott Millen**       **846 Harvard**
                            **Holland, MI 49423**            **Michigan Dept. of
                                                            Treasury**                  ☐ D _____
                                                                                        ■ E/F __**2.6**__
                                                                                        ☐ G _____

2.23  **Scott Millen**       **846 Harvard**
                            **Holland, MI 49423**            **Capital One**             ☐ D _____
                                                                                        ■ E/F __**3.6**__
                                                                                        ☐ G _____

2.24  **Scott Millen**       **846 Harvard**
                            **Holland, MI 49423**            **American Express**        ☐ D _____
                                                                                        ■ E/F __**3.2**__
                                                                                        ☐ G _____

**Fill in this information to identify the case:**

Debtor name  **2 Fish Company, LLC**

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF MICHIGAN**

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                           04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $164,518.73 |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | $460,101.53 |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | $788,399.13 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | 2 Fish Company, LLC | Case number *(if known)* | |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Idea Financial v. 2 Fish Company, LLC et al 24-7724-CB** | **Contract** | **Ottawa County Circuit Court Case No. 24-7724-CB 414 Washington Ave. #320 Grand Haven, MI 49417** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Consumers Credit Union v. 2 Fish Company, LLC 24-8869-GC** | **Contract** | **58th District Court 57 W. 8th St. Holland, MI 49423** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor    **2 Fish Company, LLC**                                        Case number *(if known)* _____

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1.  **Various** | **Discounts on work completed for specified charities chosen through an application process.** | | **$24,710.60** |
| Recipients relationship to debtor | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Oppenhuizen Law Firm, PLC**<br>**125 Ottawa Ave. NW, Suite 237**<br>**Grand Rapids, MI 49503** | **Attorney Fees and Chapter 11 Filing Fee** | **February 27, 2024** | **$20,000.00** |
| Email or website address<br>**joppenhuizen@oppenhuizenlaw.com** | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    **2 Fish Company, LLC** _____    Case number *(if known)* _____

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| 14.1.  **440 S. State St. Suite 300<br>Zeeland, MI 49464** | **2017 - October 31, 2023** |
| 14.2.  **675 E. 16th Street, #20<br>Holland, MI 49423** | **November 15, 2023 - May 31, 2024** |

---

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below.

| Name of plan | Employer identification number of the plan |
|---|---|
| **SIMPLE IRA at Edward Jones** | EIN: |

Has the plan been terminated?
■ No
☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    **2 Fish Company, LLC**                                                    Case number *(if known)*

---

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Scott & Michelle Millen 846 Harvard Dr. Holland, MI 49423** | **Scott and Michelle Millen, Debtor's Members - Items stored at the Millen home.** | **Full List Available WireMac31 Binder, Microwave, Fridge, 2 Coffee Makers, Shredder, Dahle 534, Dahle 552, 3 IKEA L-Shaped Bekant Desk (1R&2L) Gray Standing, Switch 24 250w, 2 802.11AC Scalable Enterprise Wi-Fi Technology, EdgeRouter LITE, 3 Synology Wireless Mesh Routers, Various computers and A/V equipment.** | ☐ No ■ Yes |

Debtor   **2 Fish Company, LLC**                              Case number *(if known)*

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Ottogan Self Storage**<br>**9237 Ottogan Street**<br>**Holland, MI 49423** | **Scott & Michelle Millen, Debtor's Members** | **IKEA GALLANT wide drawer unit**<br>**IKEA GALLANT wide drawer unit**<br>**IKEA GALLANT 2-Drawer Combo Lock File Cabinet**<br>**IKEA GALLANT 2-Drawer Combo Lock File Cabinet**<br>**IKEA GALLANT 4-Drawer Combo Lock File Cabinet**<br>**IKEA GALLANT 4-Drawer Combo Lock File Cabinet**<br>**IKEA GALLANT 2-Drawer Combo Lock File Cabinet**<br>**IKEA 4-Drawer Thin Rolling Cabinet**<br>**Black 5-Drawer Flat File with Stand**<br>**Gray Wood-backed task chair** | ☐ No<br>■ Yes |
| **Karen Westers (Private Residence)**<br>**810 Amber Ridge Dr. SW**<br>**Byron Center, MI 49315** | **Scott and Michelle Millen, Debtor's Memebers, and Karen Westers** | **Gray Wood-backed task chair**<br>**White Set of Nesting (2) Side Tables**<br>**IKEA Short Rectanglular Bekant**<br>**IKEA Short Rectanglular Bekant**<br>**IKEA Short Rectanglular Bekant**<br>**Wood side chair with green upholstery**<br>**Round Black table small**<br>**Haworth Round Wood Table with Casters**<br>**IKEA 4 up bookcase credenza with sliding doors**<br>**Arc Floor Lamp** | ☐ No<br>■ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

Debtor    **2 Fish Company, LLC**                                      Case number *(if known)* _____

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Emily Colenbrander**<br>**Geenen & Kolean, P.C.**<br>**246 S. River Ave. #201**<br>**Holland, MI 49423** | **2020-April 2024**<br>**CPA - Professional**<br>**Services Provided** |
| 26a.2. | **Rebecca Westhof**<br>**6140 Lamb Creek Dr.**<br>**Fort Worth, TX 76179** | **2021 - present**<br>**Bookkeeping Only** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Debtor    **2 Fish Company, LLC**                                    Case number *(if known)* _____

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
|  |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Scott Millen** | **April 25, 2024** | **Solely inventoried furniture and equipment.  Debtor Does not carry Inventory - the purpose was determining the location of all owned furniture and equipment.** |

| Name and address of the person who has possession of inventory records |
|---|
| **Scott Millen**<br>**846 Harvard Dr.**<br>**Holland, MI 49423** |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Scott Millen** | **846 Harvard Dr.**<br>**Holland, MI 49423** | **Member** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michelle Millen** | **846 Harvard Dr.**<br>**Holland, MI 49423** | **Member** | **50** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor    **2 Fish Company, LLC**                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Scott Millen**<br>**846 Harvard Dr.**<br>**Holland, MI 49423** | **$41,738.61 (Q3 2023 - Q2 2024 to date)** | | **Payroll** |
| | Relationship to debtor<br>**Member** | | | |
| 30.2. | **Michelle Millen**<br>**846 Harvard Dr.**<br>**Holland, MI 49423** | **$39,937.56 (Q3 2023 - Q2 2024 to date)** | | **Payroll** |
| | Relationship to debtor<br>**Member** | | | |
| 30.3. | **Scott and Michelle Millen**<br>**846 Harvard Dr.**<br>**Holland, MI 49423** | **$2,052.45** | **1/4/2024 $23, 1/28/2024 $57.37, 1/29/2024 $47.90, 2/2/2024 $34.00, 2/5/2024 $23.00, 2/21/2024 $1,447.46, 3/4/2024 45.98, 3/8/2024 $124.94, 4/5/2024 $23.00, 4/12/2024 $67.20, 4/13/2024 $14.99, 4/15/2024 $108.96, 5/2/2024 $11.65, 5/6/2024 $23.00** | **General non-deductable purchases from the business account, which were placed in the Draw account.** |
| | Relationship to debtor<br>**Members** | | | |
| 30.4. | **Scott Millen**<br>**846 Harvard Dr.**<br>**Holland, MI 49423** | **$389.23** | **4/15/24 $80.00, 4/30/24 $69.23, 5/15/24 $80.00, 5/31/24 $80.00, 6/17/24 $80.00** | **Company match SIMPLE IRA** |
| | Relationship to debtor<br>**Member** | | | |

Debtor   **2 Fish Company, LLC** _____   Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | | | 4/15/24 $54.17, 4/30/24 $43.11, 5/15/24 $54.17, 5/31/24 $54.16, 6/14/24 $54.17 | |
| | **Michelle Millen 846 Harvard Dr. Holland, MI 49423** | **$259.78** | | **Employer match SIMPLE IRA** |
| | Relationship to debtor **Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Edward Jones SIMPLE IRA** | **EIN:** |

**Part 14:**   **Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 19, 2024** _____

**/s/ Scott Millen** _____   **Scott Millen** _____
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **Member** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Michigan

In re   **2 Fish Company, LLC**                                    Case No.
                                        Debtor(s)        Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michelle Millen**<br>**846 Harvard Dr.**<br>**Holland, MI 49423** | | **50 Units / 50%** | **Membership Interest** |
| **Scott Millen**<br>**846 Harvard Dr.**<br>**Holland, MI 49423** | | **50 Units / 50%** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 19, 2024**                    Signature   **/s/ Scott Millen**
                                                        **Scott Millen**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Western District of Michigan**

In re    **2 Fish Company, LLC**

Case No.

Debtor(s)    Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **June 19, 2024**    **/s/ Scott Millen**

**Scott Millen/Member**
Signer/Title

```
58TH DISTRICT COURT
CASE NO. 24-8869-GC
57 W. 8TH ST.
HOLLAND MI 49423


AMERICAN EXPRESS
PO BOX 981537
EL PASO TX 79998-1537


AMERICAN EXPRESS
BUSINESS AMAZON CARD
ATTN: BANKRUPTCY
PO BOX 981535
EL PASO TX 79998-1535


AMERICAN EXPRESS
BUSINESS GOLD CARD
ATTN: BANKRUPTCY
PO BOX 981535
EL PASO TX 79998-1535


ASTA-USA TRANSLATION SVC.
ATTN KAREN HARMON, AP/AR ADMIN
PO BOX 22259
CHEYENNE WY 82003-2148


BARBARA MULLER-WILSON
979 SPAULDING AVE. SE, SUITE B
GRAND RAPIDS MI 49546


BAY FIRST NATIONAL BANK
700 CENTRAL AVENUE
SAINT PETERSBURG FL 33701


BRKTHRU DIGITAL
600 THIRD AVENUE
2ND FLOOR
NEW YORK NY 10016


CAPITAL ONE
SPARK CARD
PO BOX 30285
SALT LAKE CITY UT 84130-0285
```

CIT
FIRST CITIZENS BANK & TRUST
155 COMMERCE WAY
PORTSMOUTH NH 03801


CITY OF GRAND RAPIDS
TREASURER
300 MONROE AVE. NW
GRAND RAPIDS MI 49503


CONSUMERS CREDIT UNION
PO BOX 525
OSHTEMO MI 49077-0525


D&A SERVICES
1400 E. TOUHY AVENUE
SUITE G2
DES PLAINES IL 60018


EXCEED CONSULTING, LLC
PO BOX 530
BYRON CENTER MI 49315


FC MARKETPLACE, LLC
DBA FUNDING CIRCLE
747 FRONT ST. 4TH FLOOR
SAN FRANCISCO CA 94111


FIRST HOME BANK
9190 SEMINOLE BLVD.
SEMINOLE FL 33772


GEENEN & KOLEAN, PC
246 S. RIVER AVENUE, STE. 201
HOLLAND MI 49423


HUNGERFORD, ALDRIN, NICHOLS
& CARTER, P.C.
2910 LUCERN DRIVE SE
GRAND RAPIDS MI 49546


IDEA 247, INC.
DBA IDEA FINANCIAL
C/O JUSTIN LETO
200 SE 1ST ST., SUITE 703
MIAMI FL 33131

```
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPS
PO BOX 7346
PHILADELPHIA PA 19101-7346


ISK PRO
401 PARK AVE. S.
10TH FLOOR
NEW YORK NY 10016


LENNON MILLER, PLC
151 S. ROSE STREET
SUITE 900
KALAMAZOO MI 49007


LEVITAN LAW FIRM, LTD.
ONE PIERCE PLACE
SUITE 725W
ITASCA IL 60143


MERRICK B. GARLAND
ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE
WASHINGTON DC 20530


MERRICK GARLAND
ATTORNEY GENERAL OF THE US
950 PENNSYLVANIA AVE. NW
WASHINGTON DC 20530


MICHELLE MILLEN
846 HARVARD
HOLLAND MI 49423


MICHELLE MILLEN
846 HARVARD AVE.
HOLLAND MI 49423


MICHELLE MILLEN
846 HARVARD DR.
HOLLAND MI 49423
```

```
MICHIGAN ATTORNEY GENERAL
G. MENNEN WILLIAMS BLDG 7TH FL
525 W. OTTAWA ST.
PO BOX 30212
LANSING MI 48909


MICHIGAN DEPT. OF TREASURY
TAX COLLECTION AND ENFORCEMENT
BANKRUPTCY SECTIONI
TREASURY BUILDING
LANSING MI 48922-0001


MULLER BAATENBURG & WILSON
LAW GROUP, PC
33233 WOODWARD AVE, BOX 3026
BIRMINGHAM MI 48012-3026


OTTAWA COUNTY CIRCUIT COURT
CASE NO. 24-7724-CB
414 WASHINGTON AVE. #320
GRAND HAVEN MI 49417


PARAGRAPH WRITING SERVICES
2318 RADCLIFF VILLAGE DR. SE
GRAND RAPIDS MI 49546


REBECCA WESTHOF
6140 LAMB CREEK DR.
FORT WORTH TX 76179


REBECCA WESTHOF
WESTHOFF SOLUTIONS, LLC
6140 LAMB CREEK DR.
FORT WORTH TX 76179


RIVER RUN PRESS
600 SHOPPERS LANE
PARCHMENT MI 49004


SCOTT MILLEN
846 HARVARD
HOLLAND MI 49423


SCOTT MILLEN
846 HARVARD AVE.
HOLLAND MI 49423
```

```
SCOTT MILLEN
846 HARVARD DR.
HOLLAND MI 49423


SMALL BUSINESS ADMIN.
409 3RD. ST. SW
WASHINGTON DC 20416


SMALL BUSINESS ADMIN.
REGIONAL OFFICE
411 MICHIGAN AVE., STE 1819
DETROIT MI 48226


SMALL BUSINESS ADMINISTRATION
GRAND RAPIDS ALT. WORKSITE
FORD FEDERAL BLDG, RM 307
110 MICHIGAN ST. NW
GRAND RAPIDS MI 49503


STATE OF MICHIGAN
OFFICE OF COLLECTIONS
PO BOX 30149
LANSING MI 48909


STILLMAN LAW OFFICE
30057 ORCHARD LAKE RD.
SUITE 200
FARMINGTON MI 48334


STRATUS BUSINESS SOLUTIONS
120 54TH ST. SW
GRAND RAPIDS MI 49548


SWIFT FUNDING / LOAN BUILDER
2474 MCDONALD AVE
BROOKLYN NY 11223


UNITED STATES ATTORNEY
WESTERN DIST. OF MI
330 IONIA AVE. NW
SUITE 501
GRAND RAPIDS MI 49503
```

```
WELLS FARGO FINANCIAL
LEASING, INC.
ATTN: CUSOMER CARE
PO BOX 3072
CEDAR RAPIDS IA 52406-3072


WHEELER UPHAM
250 MONROE AVE. NW, SUTIE 100
GRAND RAPIDS MI 49503
```

# United States Bankruptcy Court
## Western District of Michigan

In re    **2 Fish Company, LLC**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **2 Fish Company, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Michelle Millen**
**846 Harvard Dr.**
**Holland, MI 49423**

**Scott Millen**
**846 Harvard Dr.**
**Holland, MI 49423**

☐ None [*Check if applicable*]

**June 19, 2024**

Date

**/s/ James R. Oppenhuizen**

**James R. Oppenhuizen**

Signature of Attorney or Litigant

Counsel for    **2 Fish Company, LLC**

**Oppenhuizen Law Firm, PLC**
**125 Ottawa Ave. NW, Suite 237**
**Grand Rapids, MI 49503**
**616-730-1861**
**joppenhuizen@oppenhuizenlaw.com**