UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

2 Fish Company, LLC                                    **CASE NO.** 24-01637-jwb

                                                       **HON.** James W. Boyd
**Debtor(s)**                                          **Chapter 11 (Subchapter V)**
                                                       **June 20, 2024**

_____/

**STATEMENT UNDER PENALTY OF PERJURY PURSUANT TO 11 U.S.C. §1116**

Scott Millen declares under penalty of perjury under the laws of the United States of America that the following is true and correct, and states as follows:

Pursuant to 11 U.S.C. § 1116, the Debtor, 2 Fish Company, LLC, by Scott Millen, its member states that Debtor has not filed its 2023 Form 1120S and has therefore appended its 2022 Form 1120S to the Petition.  Debtor does not produce cash flow statements as a part of its regular bookkeeping practices.  I have directed Debtor's attorney to append the following to the Petition:

1. Balance Sheet as of the date of filing and as of December 31, 2023.
2. Statement of Operations / Profit and Loss Statements for January 1, 2024 – June 20, 2024 and covering calendar year 2023.
3. Federal Tax Return – 2022 Form 1120S
4. Debtor's Extension for 2023 taxes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 06/20/2024

                                        /s/Scott Millen
                                        Scott Millen
                                        Debtor's Member